No. 02–9208. LANGLEY *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 02–9214. CHAVEZ-IBARRA *v.* LONG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9215. ELLIS *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9218. DANIELS *v.* MISSOURI BOARD OF PROBATION AND PAROLE. C. A. 8th Cir. Certiorari denied.

No. 02–9224. BENJAMIN-ANDERSON *v.* FLORIDA POWER CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9225. THOMPSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9229. MEDFORD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9232. BROWN *v.* WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–9234. COLEMAN *v.* BLACKLOCK ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–9235. CAMAROTO *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–9236. DOLBERRY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 02–9238. ELROD *v.* HAWRY, DEPUTY SHERIFF, LIVINGSTON COUNTY, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–9240. SWIGER *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 02–9245. SCOTT *v.* BOUCHARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9247. STEWART *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.